In the Matter of the Application of Viking Concrete Forms, Inc., Subcontractor, for an Order Discharging a Certain Mechanic's Lien Filed by Staten Island Shipbuilding Company, Lienor, against Real Property. Staten Island Shipbuilding Company, Appellant; Viking Concrete Forms, Inc., Respondent. (Appeal No. 1.) — Appeal from order discharging mechanic's lien dismissed, with ten dollars costs and disbursements. While in our opinion the determination of the Special Term was correct, the order made thereupon having been resettled, the original order was superseded and is not appealable. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

In the Matter of the Application of Viking Concrete Forms, Inc., Subcontractor, for an Order Discharging a Certain Mechanic's Lien Filed by Staten Island Shipbuilding Company, Lienor, against Real Property. Staten Island Shipbuilding Company, Appellant; Viking Concrete Forms, Inc., Respondent. (Appeal No. 2.) — Order denying motion of Staten Island Shipbuilding Company, the lienor, to vacate order discharging mechanic's lien, and resettling said order, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

In the Matter of the Application of Viking Concrete Forms, Inc., Subcontractor, for an Order Discharging a Certain Mechanic's Lien Filed by Staten Island Shipbuilding Company, Lienor, against Real Property. Staten Island Shipbuilding Company, Appellant; Viking Concrete Forms, Inc., Respondent. (Appeal No. 3.) — Resettled order directing discharge of mechanic's lien upon the filing of an undertaking duly approved affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

Kingsboro Mortgage Corporation, Respondent, v. N. A. R. Building Company, Inc., and Others, Appellants, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

Morris Kleinerman, Appellant, v. De Rosa Film Trading Corporation of America and Leopold A. De Rosa, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

Alex Lasot, as Administrator, etc., of Herman Gerka, Deceased, Respondent, v. The Fidelity and Casualty Company of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

Mollie Lippman, Appellant, v. Sarah Gewertz, Respondent, and "John" Haber and Others, Defendants.— Order staying sale under the judgment herein and referring to an official referee disputed questions of fact with respect to the amount due from defendant Sarah Gewertz to plaintiff reversed upon the law, with ten dollars costs and disbursements, motion denied and stay and reference vacated, with ten dollars costs, unless, within five days from service of a copy of the order herein, said defendant pay plaintiff $450 and that within such time she furnish an undertaking, with corporate surety, in the sum of $900 to insure the payment of such sum as may be found due from her to plaintiff under the disputed items, including the item of counsel fee. In the event of compliance with these conditions, the order is affirmed, without costs. The court lacked